```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
James R. Stevens, Bar No. 286646
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
ALBERT JAMAL WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ALBERT JAMAL WILLIAMS,<br><br>       Defendant.    / | No. CR 13-00079 PJH<br><br>STIPULATION FOR ORDER AND [~~PROPOSED~~] ORDER ALLOWING DEFENDANT TO ATTEND EDUCATIONAL PROGRAM |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Albert Jamal Williams' Pretrial Release be modified so that he may attend an educational program as approved by Pretrial Services.

United States Pretrial Services Officer Victoria Gibson has advised Mr. Williams's counsel that she supports Mr. Williams enrolling in an educational program while on Pretrial Release.

All other terms of Mr. Williams's initial pretrial release shall remain in effect.

//

```
 1 │ SO STIPULATED.
 2 │
 3 │ 6/19/13                        [signature]
   │ Dated                          KESLIE STEWART
 4 │                                Assistant United States Attorney
 5 │
 6 │ June 19, 2013                  ___/s/_____
   │ Dated                          PAUL DELANO WOLF
 7 │                                Attorney for Defendant
   │                                ALBERT JAMAL WILLIAMS
 8 │
 9 │           SO ORDERED.           [signature]
10 │ 6/20/2014                      _____
   │ Dated                          HONORABLE DONNA M. RYU
11 │                                United States Magistrate Judge
```

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO ATTEND EDUCATION PROGRAM   - 2 -