1   LAW OFFICES OF PAUL DELANO WOLF
    Paul Delano Wolf, Bar No. 78624
2   James R. Stevens, Bar No. 286646
    717 Washington Street, 2nd Floor
3   Oakland, California 94607
    (510) 451-4600 Telephone
4   (510) 451-3002 Fax

5   Attorneys for Defendant
    ALBERT JAMAL WILLIAMS

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )      No. CR 13-00079 PJH
                                   )
12          Plaintiff,             )      **STIPULATION FOR ORDER**
                                   )      **AND [~~PROPOSED~~] ORDER**
13  v.                             )      **ALLOWING DEFENDANT TO**
                                   )      **EXERCISE AT A GYM**
                                   )
14  ALBERT JAMAL WILLIAMS,         )
                                   )
            Defendant.             )
15  _____)

16          GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the

17  parties through their counsel that defendant Albert Jamal

18  Williams' Pretrial Release conditions be modified. On April 9,

19  2013, Mr. Williams was released on a $75,000 unsecured bond. As

20  a condition of his release, Mr. Williams was placed on home

21  electronic monitoring and could only leave his residence to

22  attend Court or meet with his attorneys. On June 20, 2013, this

23  Court modified Mr. Williams' release conditions to allow him to

24  attend an educational program as directed by Pretrial Services.

25          The parties agree and respectfully request that Pretrial

26  Services be granted discretion to allow Mr. Williams to leave his

27  residence for the purpose of exercising at a gym from 9 a.m. to

28  11 a.m four days a week. Pretrial Services will designate which

1  four days Mr. Williams is allowed to exercise and which gym he is

2  allowed to attend.

3        United States Pretrial Services Officer Silvio Lugo is

4  aware of this request and does not have any objections to the

5  order.

6        All other terms of Mr. Williams' initial pretrial

7  release shall remain in effect.

8

9  SO STIPULATED.

10  10/23/13

11  Dated                    KESLIE STEWART
                             Assistant United States Attorney

12

13

14  October 24, 2013              /s/
    Dated                    PAUL DELANO WOLF

15                           Attorney for Defendant
                             ALBERT JAMAL WILLIAMS

16

17        SO ORDERED.

18   11/1/13
    Dated                    HONORABLE KANDIS A. WESTMORE

19                           United States Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO EXERCISE AT A GYM          - 2 -