LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
James R. Stevens, Bar No. 286646
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
ALBERT JAMAL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00079 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION FOR ORDER** |
| ) | **AND [PROPOSED] ORDER** |
| v. ) | **ALLOWING DEFENDANT TO** ) |
| | **ATTEND FUNERAL** |
| ) | |
| ALBERT JAMAL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Albert Williams may travel to the church at 459 61st Street, Oakland, CA in this District to attend the funeral of a close family friend on March 8, 2014 from 12pm to 6pm.    Mr. Williams will be attending the funeral of the mother of his best friend (who he was close to and knew from an early age).

United States Pretrial Service Officer Silvio Lugo has advised Mr. Williams' counsel that he does not oppose Mr. Williams' travel proposed by this stipulation.

It is further Ordered that Mr. Williams shall communicate with the supervising Pretrial Services Officer before, during (as directed by Pretrial Services) and immediately after his travel.    Mr. Williams is further ordered to provide Pretrial Services with a way to contact him during his travel.

All other terms of Mr. Williams' initial pretrial release shall remain in effect.

SO STIPULATED.

1  2/28/14
   Dated

   KESLIE STEWART
   Assistant United States Attorney

2
3
4  February 28, 2014          /s/
   Dated                      PAUL DELANO WOLF
5                             Attorney for Defendant
                              ALBERT JAMAL WILLIAMS
6
7        SO ORDERED.    Please submit pleadings in proper format for future filings.
8
9  3/3/14
   Dated
                              HONORABLE KANDIS A. WESTMORE
                              United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO EXERCISE AT A GYM
                                                                                         - 2 -
28